IN THE UNITED STATES DISTRICT COURT FOR
THE SOUTHERN DISTRICT OF WEST VIRGINIA
HUNTINGTON DIVISION

UNITED STATES OF AMERICA,

    Respondent,

v.       CRIMINAL ACTION NO. 3:98-00047-01
    CIVIL ACTION NO. 3:05-0079

KELVIN ANDRE SPOTTS

    Movant.

## ORDER

This action was referred to the Honorable Maurice G. Taylor, Jr., United States Magistrate Judge, for submission to this Court of proposed findings of fact and recommendation for disposition, pursuant to 28 U.S.C. § 636(b)(1)(B). The Magistrate Judge has submitted findings of fact and recommended that Kelvin Spotts' §3582 motion be dismissed, without prejudice. Neither party has filed objections to the Magistrate Judge's findings and recommendation.

Accordingly, the Court accepts and incorporates herein the findings and recommendation of the Magistrate Judge and **DISMISSES** Kelvin Spotts' §3582 motion, without prejudice, consistent with the findings and recommendation.

The Court **DIRECTS** the Clerk to send a certified copy of this Order to Magistrate Judge Taylor, counsel of record, and any unrepresented parties.

    ENTER:    August 31, 2005

    ROBERT C. CHAMBERS
    UNITED STATES DISTRICT JUDGE